JOHN PATRICK RYAN   SBN:  174090
Attorney at Law
PO Box 7930
Visalia, CA 93290
Telephone:  559-799-7762

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>NICHOLAS GREGORY HALVORSON<br><br>           Defendant. | CASE No. 1:10-cr-00449 LJO<br><br>STIPULATION AND ORDER<br>[*Continue Sentence Hearing*] |

      The parties Stipulate that the Sentencing in this case be continued from April 16, 2012 at 8:30 a.m. to May 21, 2012 at 8:30 at a.m.  The parties stipulate based upon good cause.

      Attorney for Defendant has had contact with the Defendant's family and is finalizing the research into potential sex offender treatment facilities. Attorney for Defendant respectfully requests the furtherance of the sentencing date of April 16, 2012, to allow for preparation of a Statement in Mitigation presenting the information obtained therein.

//

//

//

/

- 1

PDF created with pdfFactory trial version www.pdffactory.com

DATE: April 11, 2012          BY:   /s/Brian W.Enos
                                    BRIAN W. Enos
                                    Assistant U.S. Attorney

DATE: April 10, 2012          BY:   /s/John Patrick Ryan
                                    JOHN PATRICK RYAN
                                    Attorney for Defendant

Good cause has been stated.

IT IS SO ORDERED.

  Dated:  April 11, 2012              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com